UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**
AUG 13 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DALE B. ADAMS, )
                                                           )
            Plaintiff, )
                                                           )
v. )       Civil Action No. 19-2188 (UNA)
                                                           )
UNITED STATES DEPARTMENT )
OF THE ARMY, *et al.*, )
                                                           )
            Defendants. )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* [2] is GRANTED; it is

FURTHER ORDERED that the plaintiff's motion for a preliminary injunction [3] and motion for service of process [4] are DENIED WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the complaint, as amended, and this civil action are DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                                       /s/
                                                       United States District Judge

DATE: August 12, 2019